# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES GOTTFRIED, | ) | No. CV 06-4622 JVS (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES A. YATES (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: April 28, 2010

_____
JAMES V. SELNA
United States District Judge

1